```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0085--CR (JWS)
                                "USA V DAL VAN NGUYEN"
                                DEF 1.1 NGUYEN, DAL VAN

              Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  09/19/05
            Closed:  NO
 No. of Defendants:  1
    MJ Case Number:
               AKA:
   Location status:  U.S. Custody
        Trial date:  12/12/05
        Terminated:  NO
Needs interpreter:  YES
 Counsel of record:  Kevin F. McCoy
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Todd Mikolop
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 NGUYEN, DAL VAN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 INF | 1 | 8:1253(b) FAILURE TO COMPLY WITH TERMS OF RELEASE UNDER SUPERVISION (M) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0085--CR (JWS)
                                "USA V DAL VAN NGUYEN"

                                    For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/19/05
            Closed: NO
No. of Defendants: 1


 Document #   Filed      Docket text
 ----------   -----      -----------
      1 -  1  09/19/05   [Re: DEF 1] PLF 1 Information.

      2 -  1  09/21/05   [Re: DEF 1] PLF 1 motion for issuance of arrest warrant.

   NOTE -  1  09/22/05   [Re: DEF 1] Issued WOA.

      3 -  1  09/22/05   [Re: DEF 1] JDR Order granting motion for issuance of arrest warrant
                         (2-1). cc: USA, USM, def w/USM cy

   NOTE -  2  09/29/05   [Re: DEF 1] USM Notice of Availability, def in INS custody.

      4 -  1  10/04/05   [Re: DEF 1] JDR Order regarding preparation for trial; consent to
                         proceed to be filed by 10/6/05; meet and confer by 10/11/05; ptms due
                         10/18/05. cc: USA, FPD

      5 -  1  10/04/05   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                         USPO

      6 -  1  10/05/05   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: ARR misdemeanor
                         Info held 10/03/05; NG to Ct 1 of Info; consent to be filed by 10/06/05;
                         det uncontested; ptms due 10/18/05; cnsl not advised of trial date. cc:
                         USA, FPD, USM, USPO

      7 -  1  10/05/05   DEF 1 Attorney Appearance of K. McCoy (FPD).

      8 -  1  10/05/05   DEF 1 Financial Affidavit.

      9 -  1  10/11/05   [Re: DEF 1] PLF 1  Discovery Conference Certificate.

     10 -  1  10/12/05   [Re: DEF 1] JDR Minute Order no consent having been fld matter assigned
                         to Judge Sedwick for trial. cc: USA, FPD, USM, USPO, Judge Sedwick

     11 -  1  10/14/05   [Re: DEF 1] JWS Minute Order setting TBJ on 12/12/05 @ 9:00 a.m. & FPTC
                         on 12/12/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC

     12 -  1  11/07/05   [Re: DEF 1] JWS Order Appointing Interpreter Robert P. Neathery as
                         Vietnamese-English interpreter. cc: USA, FPD, Finance, R. Neathery
```