

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED
DEC 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA   v.   DAL VAN NGUYEN

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                          CASE NO.   A05-0085 CR (JWS)

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: December 7, 2005

By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable James M. Fitzgerald for all further proceedings.  Please use the following case number on all future filings: A05-0085 CR (JMF).

The final pre-trial conference scheduled to commence at 8:30 a.m. on December 12, 2005, is hereby VACATED.  Trial by jury remains set for 9:00 a.m. on Monday, December 12, 2005.

✓12/7/05 t/c notice to cnsl, JC

A05-0085--CR (JWS)   12-7-05
-----------------------------------------------
✓K. MCCOY (FPD)
✓T. MIKOLOP (USA)       ✓US PROBATION
─US MARSHAL             ✓JURY CLERK
                       ✓JUDGE FITZGERALD
                       ✓MAGISTRATE JUDGE ROBERTS

19