## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA   .   DAL VAN NGUYEN 

THE HONORABLE JAMES M. FITZGERALD

DEPUTY CLERK                                    CASE NO.  A05-0085-CR (JMF) 

 Elisa Singleton 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 7, 2005

    Government counsel shall file a response to the two motions in limine raised in the defendant's trial brief by Friday December 9, 2005 at 9:00 a.m.

t/c cnsl

[]{IA.WPD*Rev.12/96}