UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

U.S.A.   v.   DAL VAN NGUYEN

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                        CASE NO.   A05-0085CR (JMF)

Elisa Singleton

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 9, 2005

    Trial by Jury currently set to begin December 12, 2005 at 9:00 a.m. is hereby rescheduled to **December 12, 2005 at 10:00 a.m.**  A status conference is set in chambers on **December 12, 2005 at 9:00 a.m.**

[A05-0085.mo.wpd]{IA.WPD*Rev.12/96}