UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  United States of America  </u>  v.  <u>  Dal Van Nguyen  </u>

THE HONORABLE James M. Fitzgerald

DEPUTY CLERK                              CASE NO. <u>  A05-0085-CR (JMF)  </u>

<u>  Elisa Singleton  </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 12, 2005

    Trial by jury previously scheduled to begin December 12, 2005 at 10:00 a.m. is hereby rescheduled to begin December 12, 2005 at 1:00 p.m.  The status conference previously scheduled for December 12, 2005 at 9:00 a.m. in chambers is hereby rescheduled to December 12, 2005 at 10:30 a.m. in chambers.

t/c counsel

[ ]{IA.WPD*Rev.12/96}