FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 PM 4: 09

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAL VAN NGUYEN,<br><br>Defendant. | NO. A05-0085 CR (JMF)<br><br>**NOTICE OF APPEAL** |

Dal Van Nguyen appeals to the United States Court of Appeals for the Ninth Circuit from the judgment of conviction entered on December 21, 2005, in this matter.

Dated at Anchorage, Alaska this 22nd day of December 2005.

Respectfully submitted,

_Kevin F. McCoy_
KEVIN F. McCOY
Assistant Federal Defender

35

Certification:

I certify that on December 22, 2005, I hand delivered a copy of this document to:

Todd S. Mikolop, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

U.S. Probation & Pretrial Services
222 West 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

Lenora L. Roehling