UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>USA v Dal Van Nguyen</u>
Court of Appeals No. (leave blank if unassigned): **6-30011**
U.S. District Court Judge Name and Case No.: <u>Judge Fitzgerald - A05-85CR (JMF)</u>
Date Complaint/Indictment/Petition Filed: <u>Information dkt # 1 9/19/05</u>
Date Appealed Order/Judgment *entered*: <u>judgment -dkt # 36 - 12/23/05</u>
Date NOA *filed*: <u>12/22/05</u>
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number:  <u>Robin Carter, Linda Christensen, Elisa Singleton, April Karper</u>

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>no</u>        Date Docket Fee billed: __
Date FP granted: __                    Date FP denied: __
Is FP pending? __yes/no                Was FP Limited/Revoked?
US Government Appeal?  <u>no</u> yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                     Appellee Counsel:
Kevin F. McCoy                         Todd Mikolop
Federal Public Defender                U. S. Attorney's Office
550 West 7th Avenue, Suite 1600        222 West 7th Avenue , #9
Anchorage, Alaska 99501                Anchorage, Alaska 99513

__retained   __CJA   <u>XX</u>_FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address: __
Custody: <u>yes</u>
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:  <u>Shari Fuhrer</u>
                                                       907-677-6130