UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

RECEIVED
JAN 17 2006
CLERK U.S. DISTRICT COURT

U.S. Court of Appeals # __06-30011__   U.S. District Court # __A05-0085-CR (JMF)__

Short Case Title   __U.S. v. Dal Van Nguyen__

Date Notice of Appeal Filed by Clerk of District Court   __12/22/2005__

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| 12/12/2005 | EKS | TBJ - Day 1 & Jury Selection (Filed at Docket No. 39) |
| 12/13/2005 | LSC | TBJ - Day 2 (Filed at Docket No. 33) |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
|  |  | OTHER: |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

(XX)  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

( )  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __n/a__   Estimated Date for Completion __n/a__

Signature of Attorney _[signature]_   Phone Number __646-3400__

Address   __Assistant Federal Defender__
          __550 West 7th Avenue, Suite 1600__
          __Anchorage, AK  99501__

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements fo payment have not been made pursuant to FRAP 10 (b).
    Approximate Number of Pages _____ Due

Date_____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____