**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
APR 2 6 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DAL VAN NGUYEN,<br><br>Defendant - Appellant. | No. 06-30011<br><br>D.C. No. CR-05-00085-a-JMF<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
MAY 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Counsel should be prepared to discuss at oral argument the following cases:

- United States v. Verduzco, 330 F.3d 1182 (9th Cir. 2003);

- United States v. Guadarrama, 742 F.2d 487 (9th Cir. 1984);

- Scott v. State, 928 P.2d 1234 (Alaska Ct. App. 1996); and

- Miller v. State, 617 P.2d 516 (Alaska 1980).

FOR THE COURT
Cathy A. Catterson, Clerk

By: _____
Howard Hom
Deputy Clerk