Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAL VAN NGUYEN,<br><br>Defendant. | NO. 3:05-cr-0085-JMF<br><br>**MOTION ON SHORTENED TIME FOR BAIL REVIEW HEARING AND REQUEST THAT DEFENDANT BE TRANSPORTED TO DISTRICT OF ALASKA** |

Dal Van Nguyen asks this court for an order on shortened time calendaring this matter for a bail review hearing as soon as practical.  On May 5, 2006, the United States Court of Appeals vacated Mr. Nguyen's conviction and directed that its mandate issue forthwith.  *See* Exhibit A (May 5, 2006, Mandate and Order Vacating Conviction).  Mr. Nguyen is presently housed at U.S.P. Lompoc in Lompoc, California.  Until his conviction had been vacated, his projected release date had been July 29, 2006.  Accordingly, Mr. Nguyen asks for an order on shortened time directing that he be transported to the District of Alaska for the requested bail review hearing as soon as practical.

Dated at Anchorage, Alaska this 8th day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on May 8, 2006,
a copy of the *Motion on Shortened Time for Bail Review Hearing and Request That Defendant Be Transported to District of Alaska* and the *Proposed Order* were served electronically on:

Todd S. Mikolop
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Tom Bradley
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy