UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:05-cr-0085-JMF |
|---|---|
| Plaintiff, | **PROPOSED ORDER CALENDARING BAIL REVIEW HEARING AND PROVIDING FOR DEFENDANT'S TRANSPORTATION TO THE DISTRICT OF ALASKA** |
| vs. | |
| DAL VAN NGUYEN, | |
| Defendant. | |

On consideration of the defendant's shortened time request for a bail review hearing and for an order providing for defendant's transportation to the District of Alaska;

It is hereby ordered that a bail review hearing shall be scheduled for May _____, 2006. It is further ordered that the U. S. Marshals shall transport the defendant to the District of Alaska for this bail review hearing.

Dated at Anchorage, Alaska this _____ day of May 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE