Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAL VAN NGUYEN,<br><br>　　　　　Defendant. | NO. 3:05-cr-0085-JMF<br><br>**NOTICE OF FILING EXHIBIT A TO** *MOTION ON SHORTENED TIME FOR BAIL REVIEW HEARING AND REQUEST THAT DEFENDANT BE TRANSPORTED TO DISTRICT OF ALASKA* **[Docket No. 45]** |

　　　　Dal Van Nguyen hereby files Exhibit A (May 5, 2006, Mandate and Order Vacating Conviction) to his *Motion on Shortened Time for Bail Review Hearing and Request That Defendant Be Transported to District of Alaska*.  This exhibit was erroneously omitted from his electronic filing on May 8, 2006, at Docket No. 45.

　　　　Dated at Anchorage, Alaska this 8th day of May 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Kevin F. McCoy
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　kevin_mccoy@fd.org

Certification:
I certify that on May 8, 2006,
a copy of the *Notice of Filing Exhibit to Motion on Shortened Time for Bail Review Hearing and Request That Defendant Be Transported to District of Alaska* was served electronically on:

Todd S. Mikolop
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Tom Bradley
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy