Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DAL VAN NGUYEN,<br><br>        Defendant. | NO. 3:05-cr-0085-JWS<br><br>**MOTION ON SHORTENED TIME FOR ORDER ENTERING JUDGMENT OF ACQUITTAL, REQUEST FOR DISMISSAL WITH PREJUDICE AND FURTHER REQUEST FOR IMMEDIATE RELEASE FROM CUSTODY** |

      Dal Van Nguyen moves this court on shortened time for a judgment of acquittal, for an order dismissing the information with prejudice, and for an order directing his immediate release from custody.  A judgment of acquittal is appropriate because a defendant who successfully challenges a conviction for insufficiency of evidence is entitled to such an acquittal as to that conviction.  Dismissal with prejudice is appropriate because further prosecution is barred by the Fifth Amendment prohibition against double jeopardy.  Finally, because further prosecution is barred by the Fifth Amendment, Mr. Nguyen asks for an order directing his immediate release from custody.

This motion is submitted pursuant to the Fifth Amendment, Fed.R.Crim.P. 12(b), D.Ak.L.Crim.R. 47.1 and is based upon the memorandum of law filed herewith.

Dated at Anchorage, Alaska this 9th day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:		907-646-3400
Fax:		907-646-3480
E-Mail:		kevin_mccoy@fd.org

Certification:
I certify that on May 9, 2006,
a copy of the *Motion on Shortened Time for Order Entering Judgment of Acquittal, Request for Dismissal with Prejudice and Further Request for Immediate Release from Custody* was served electronically on:

Todd Mikolop
Special Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy