UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DAL VAN NGUYEN,<br><br>Defendant - Appellant. | No. 06-30011<br>D.C. No. CR-05-00085-a-JMF<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **VACATED.**

Filed and entered 05/05/06

Exhibit A - Page 1 of 2

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 0 5 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAL VAN NGUYEN,

Defendant - Appellant.

No. 06-30011

D.C. No. CR-05-00085-a-JMF
District of Alaska,
Anchorage

ORDER

Before: REINHARDT, McKEOWN, and CLIFTON, Circuit Judges.

Defendant's conviction is vacated. An opinion will follow. The clerk is directed to issue the mandate forthwith.