Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAL VAN NGUYEN,<br><br>    Defendant. | NO. 3:05-cr-0085-JWS<br><br>**MOTION ON SHORTENED TIME TO APPEAR AT BAIL REVIEW HEARING BY TELEPHONE** |

      Dal Van Nguyen asks this court on shortened time for an order permitting him to appear by telephone at his bail review hearing. Mr. Nguyen is presently in custody at U.S.P. Lompoc in Lompoc, California. On May 8, 2006, Mr. Nguyen filed a shortened time request asking that he be released on bail. He made this request because on May 5, 2006, the United States Court of Appeals for the Ninth Circuit vacated his conviction and directed that its mandate issue immediately. Allowing Mr. Nguyen to appear telephonically at a bail hearing will avoid delays inherent in transporting him in U.S. Marshals' custody to Alaska and, if he is to be released, facilitate his release from the institution in lieu of U.S. Marshals' custodial transportation to the District of Alaska.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 9th day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on May 9, 2006,
a copy of the *Motion on Shortened Time to Appear at Bail Review Hearing by Telephone*,
the *Affidavit of Counsel*, and the *Proposed Order*
were served electronically on:

Todd Mikolop
Special Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy