UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:05-cr-0085-JWS |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| DAL VAN NGUYEN, | |
| Defendant. | |

On consideration of the defendant's shortened time request to appear telephonically at his bail review hearing;

It is hereby ordered that the defendant may appear telephonically at his bail review hearing.

Done at Anchorage, Alaska this _____ day of May 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE