Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DAL VAN NGUYEN,<br><br>        Defendant. | NO. 3:05-cr-0085-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

      Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

      1.      I am the attorney for Dal Van Nguyen.

      2.      Mr. Nguyen is presently incarcerated at U.S.P. Lompoc in Lompoc, California.

      3.      On May 5, 2006, the United States Court of Appeals for the Ninth Circuit vacated Mr. Nguyen's conviction and directed that its mandate issue immediately.

      4.      On May 8, 2006, I filed a motion on shortened time for a bail review hearing on behalf of Mr. Nguyen.

5. On May 9, 2006, I filed a motion on shortened time for entry of a judgment of acquittal, a request for dismissal with prejudice, and a further request for Mr. Nguyen's release from custody.

6. It is my belief that Mr. Nguyen cannot be retried because his conviction has been vacated. But for the vacation of Mr. Nguyen's conviction, his projected release date would be July 29, 2006.

7. On May 9, 2006, I spoke with Deputy U.S. Marshal Stacy Melton. Ms. Melton advised me that under the best of circumstances, Mr. Nguyen could not be transported to the District of Alaska any sooner than May 24, 2006.

8. Because I believe that it is appropriate to at least address the bail issue without delay, I am asking the court to grant leave for Mr. Nguyen to appear at the bail hearing by telephone.

9. I have been unable to ascertain the government's position regarding Mr. Nguyen's request for telephonic appearance. I telephoned Assistant U.S. Attorney Todd Mikolop and learned that he is currently on paternity leave. I telephoned Assistant U.S. Attorney Tom Bradley and learned that he is currently in trial. However, I would not expect the government to oppose Mr. Nguyen's request to appear telephonically at a bail review hearing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 9th day of May 2006.



Notary Public in and for Alaska
My Commission Expires: 12/20/2008

*United States v. Dal Van Nguyen*
Case No. 3:05-cr-0085-JWS