UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAY 0 5 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30011 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00085-a-JMF |
| v. | District of Alaska, Anchorage |
| DAL VAN NGUYEN, | ORDER |
| Defendant - Appellant. | |

Before: REINHARDT, McKEOWN, and CLIFTON, Circuit Judges.

Defendant's conviction is vacated. An opinion will follow. The clerk is directed to issue the mandate forthwith.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAY 0 5 2006
by: _____
Deputy Clerk