UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DAL VAN NGUYEN,<br><br>   Defendant. | NO. 3:05-cr-0085-JWS<br><br>**ORDER CALENDARING BAIL REVIEW HEARING AND PROVIDING FOR DEFENDANT'S TRANSPORTATION TO THE DISTRICT OF ALASKA** |

On consideration of the defendant's shortened time request for a bail review hearing and for an order providing for defendant's transportation to the District of Alaska;

It is hereby ordered that a bail review hearing shall be scheduled for 9AM on June 16, 2006. It is further ordered that the U. S. Marshals shall transport the defendant to the District of Alaska for this bail review hearing.

Dated at Anchorage, Alaska this 16th day of May 2006.

**REDACTED SIGNATURE**

John W. Sedwick
U.S. District Court Judge