### MINUTES OF THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | v. | DAL VAN NGUYEN |

THE HONORABLE JOHN W. SEDWICK        CASE NO.  3:05-cr-00085-JWS

Deputy Clerk                         Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The bail review hearing previously set forne 16, 2006, as to the above-named defendant is hereby continued to Wednesday, June 23, 2006, at 8:30 a.m..

DATE: June 2, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]