IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Dal Van Nguyen

CASE NO: 3:05-cr-00085-JWS

---

Defendant Dal Van Nguyen,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____ Released to _____, the third party custodian(s)

____ Paid cash bail in the amount of _____ to the Clerk of Court

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____ Surrendered passport to the Clerk of Court

✓ Other Information dismissed, Defendant released from custody of Bureau of Prisons into custody of Bureau of Immigration and Customs Enforcement.

Dated at Anchorage, Alaska this 23rd day of June, 2006.

**REDACTED SIGNATURE**

John W. Sedwick
U.S. ~~MAGISTRATE~~ DISTRICT JUDGE

Original & 1 cy to U.S. Marshal

(Rev 6/06)